# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| SEAN M. DONAHUE | : | No. 37 MM 2019 |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | |
| | : | |
| | : | |
| PETITION OF: SHANNON KERWIN SPROW, ESQUIRE | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of August, 2019, in consideration of the June 17, 2019 order of the Court of Common Pleas of Dauphin County, which permitted counsel to withdraw, the Application to Withdraw is DISMISSED AS MOOT.

    The Prothonotary is DIRECTED to continue processing the *pro se* filing submitted at 120 MT 2019.